David M. Murphy (CA SBN: 243901)
**MURPHY & FINK LLP**
466 Foothill Blvd, #430
La Canada, California 91011
Telephone:     (310) 788-9088
Facsimile:     (310) 788-9288
david@murphyfink.com

Attorneys for Defendant
Jenny A. Kaufman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JENNY A. KAUFMAN,<br><br>    Defendant. | No. 2:24-cr-00329-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Sentencing Date: December 15, 2025<br>Time: 10:00am<br>Court: Hon. William B. Shubb |

## STIPULATION

It is hereby stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Roger Yang and Defendant Jenny A. Kaufman by her attorney of record, David M. Murphy that:

1.     The sentencing hearing in this matter is currently scheduled for December 15, 2025 at 10:00am.

2.     By previous Order, this case was deemed related to <u>United States v. Yifrach</u>, 2:22-cr-00046-WBS, which is set for a trial confirmation hearing on October 5, 2026 and a jury trial on November 10, 2026 which is expected to last two weeks.

3. The parties agree that good cause exists to continue the sentencing hearing in this matter as Defendant Jenny A. Kaufman may be called to testify at trial in <u>United States v. Yifrach</u>, 2:22-cr-00046-WBS, the outcome of that trial may have a substantial impact on the appropriate sentence in this matter, and continuance of the sentencing hearing in this matter until after the trial in <u>United States v. Yifrach</u>, 2:22-cr-00046-WBS would be in furtherance of the interests of justice and judicial economy, and is not sought for the purpose of delay.

4. By this stipulation, the parties agree to continue the sentencing hearing in this matter to **January 11, 2027 at 10:00am.** The parties further stipulate that all deadlines associated with sentencing, including the final Presentence Investigation report, the filing of formal objections, and the submission of the parties' sentencing memoranda shall be based on the new sentencing date.

Dated:  December 4, 2025         s/ DAVID M. MURPHY
                                 David M. Murphy
                                 Attorney for Defendant
                                 Jenny A. Kaufman

Dated:  December 4, 2025         ERIC GRANT
                                 United States Attorney

                                 s/ ROGER YANG
                                 Roger Yang
                                 Assistant Unted States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE